IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-00802-FB |
| vs. | § § § | |
| PROSEGUR SECURITY USA, ET AL., FELICIA SOLIS-RAMIREZ, ROY VALLEJO, TENILLE GRAY, SAMANTHA SANCHEZ, DAVID SCHILLER, | § § § § § § | |
| *Defendants.* | § § | |

# **ORDER**

Before the Court in the above-styled cause of action are the following motions: Plaintiff's Motion for Protective Order [#3], Plaintiff's Emergency Motion for Expedited Discovery [#4], and Plaintiff's Emergency Motion for Temporary Restraining Order and Request for Expedited Hearing [#6]. The Court held a status conference on this day, at which counsel for all parties appeared via videoconference. Consistent with the Court's representations at the conference, the Court will grant Plaintiff's motion for protective order, grant the motion for expedited discovery, dismiss the motion for a temporary restraining order as moot, and set this case for a preliminary injunction hearing on September 7, 2023.

The parties will have until the close of business on August 4, 2023, to reach an agreement regarding a temporary restraining order to preserve the status quo prior to the preliminary injunction hearing. If the parties are unable to agree to the terms of a temporary restraining order

by that date, the Court will cancel the September 7 injunction hearing and reset the hearing for August 18, 2023.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Protective Order [#3] is **GRANTED**.  The Court will enter the proposed protective order by separate docket entry.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Expedited Discovery [#4] is **GRANTED**.  Defendants shall have **10 days** to respond to Plaintiff's written discovery [#4-1, #4-2].  Plaintiffs can depose the named Defendants, including a corporate representative of Defendant Prosegur Security USA, prior to the preliminary injunction hearing.  The depositions are limited to three hours each.  Plaintiff shall serve Defendant Prosegur Security USA with its notice of a Rule 30(b)(6) deposition containing the topics for the corporate representative topics at least seven days prior to corporate representative deposition.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order and Request for Expedited Hearing [#6] is **DISMISSED AS MOOT** as the time period for injunctive relief requested therein has already elapsed and the parties have agreed to confer on an agreed temporary restraining order.

**IT IS FINALLY ORDERED** that this case is set for a Preliminary Injunction Hearing on **September 7, 2023, at 1:00 p.m.** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207[1].  The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information.  Any party that plans on utilizing courtroom technology during the hearing should refer to the Courtroom Technology Guidance information on the U.S. District Court, Western District of Texas website: San Antonio Courthouse Courtroom Technology –

U.S. District Court (uscourts.gov). Court hearings will generally not be delayed to address technological issues encountered by any party.

SIGNED this 2nd day of August, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE