**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

---

UNIVERAL PROTECTION SERVICE, LP,
d/b/a ALLIED UNIVERSAL,
      Plaintiff,

v.

PROSEGUR SECURITY USA, *et al.*,
      Defendants.

Court File No.: 5:23-CV-00802

---

**UNOPPOSED MOTION REQUESTING A SETTLEMENT CONFERENCE**

Plaintiff Universal Protection Service, Inc LP ("Allied Universal") and Defendants Prosegur Security USA ("Prosegur"), David Schiller, Tennille Gray, Felicia Solis-Ramirez, Roy Vallejo, Arturo Cruz, Savannah Krieger, and Samantha Sanchez ("Defendants") jointly request that the scheduled preliminary injunction hearing set to take place on September 7, 2023, at 1:00 pm, before Honorable Magistrate Judge Elizabeth S. Chestney, be held as a settlement conference for the following reasons:

1. On August 4, 2023, Allied Universal and Defendants entered an Agreed Temporary Restraining Order. [ECF No. 28].

2. Allied Universal and Defendants have agreed to extend the Agreed Temporary Restraining Order through the date of the eventual preliminary injunction hearing.

3. Allied Universal and Defendants have engaged in settlement discussions, including the parameters of a proposed settlement, and believe a settlement conference with Honorable Magistrate Judge Elizabeth S. Chestney might allow for this matter to be resolved.

4. Allied Universal and Defendants agree and consent to having Honorable Magistrate Judge Chestney preside over this settlement conference.

As a result of the progress made, Allied Universal and Defendants jointly request that this matter be set for a settlement conference on September 7, 2023.

Dated: September 4, 2023                              Respectfully submitted,

By: */s/ Kelly E. Eisenlohr-Moul*
Kelly E. Eisenlohr-Moul (24112896)
keisenlohr-moul@martensonlaw.com
Matthew Crawford (PHV)
mcrawford@martensonlaw.com
Alex Yeung (PHV)
ayeung@martensonlaw.com

Christine E. Reinhard
Schmoyer Reinhard LLP
8000 IH 10 West Ste. 1600
San Antonio, TX, 78230
creinhard@sr-llp.com
Phone: (210) 447 – 8033
Fax: (210) 447 -8036
*Counsel for Allied Universal Security Services*

By_____
Carlos J. Burruezo (PHV)
Burruezo &
5550 W. Executive Dr. #250
Tampa, FL, 33609
carlos@burruezolaw.com
Phone: (407) 754-2904
Fax: (407) 754-2905

Brian R. Gilchrist (07904795)
Allen, Dryer, Doppelt, and Gilchrist, PA
255 S. Orange Ave. Ste. 1401
Orlando, FL, 32801
Phone: (407) 841-2330
Fax: (407) 841-2343

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document with this Court's CM/ECF system, which will send an electronic copy to all parties and counsel of record.

*/s/ Kelly Eisenlohr-Moul*
Kelly Eisenlohr-Moul
